**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-772

Caption [use short title]

United States of America v. Rangott

**Motion for:** Leave to File Defendant-Appellant's Principal Brief Under Seal

Set forth below precise, complete statement of relief sought:

Defendant-Appellant Arie Rangott requests leave to file his principal brief under seal because the brief references documents that were filed under seal below pursuant to the District Court's sealing and redaction orders.

**MOVING PARTY:** Arie Rangott

**OPPOSING PARTY:** United States

☐ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Brian A. Jacobs

**OPPOSING ATTORNEY:** Jacob R. Fiddelman

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Morvillo Abramowitz Grand Iason & Anello P.C. | U.S. Attorney's Office, S.D.N.Y. |
| 565 Fifth Ave., New York, NY 10017 | One St. Andrew's Plaza, New York, NY 10007 |
| 212-856-9600, bjacobs@maglaw.com | 212-637-1024, Jacob.Fiddelman@usdoj.gov |

Court- Judge/ Agency appealed from: Hon. Jennifer H. Rearden, District Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Brian A. Jacobs **Date:** 10/21/2025 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIE RANGOTT,<br><br>*Defendant-Appellant.* | Docket No. 25-772<br><br>DECLARATION IN SUPPORT OF UNOPPPOSED MOTION TO FILE PRINCIPAL BRIEF UNDER SEAL |

BRIAN A. JACOBS, pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury:

1. I am an attorney admitted to practice in this Court. I represent Defendant-Appellant Arie Rangott.

2. In his principal brief, Rangott intends to cite, to quote from, to describe, and to make arguments based on certain documents from the record below that remain under seal pursuant to the District Court's sealing and redaction rulings. *See United States v. Rangott*, No. 23 Cr. 4 (JHR), ECF No. 385 (S.D.N.Y. July 17, 2024) (redacting medical information pursuant to Rule 9.A of the District Court's Individual Rules and Practices); *id.*, ECF No. 390 (S.D.N.Y. July 22, 2024) (granting leave to file a redacted version of a letter motion discussing potential government witness); *id.*, ECF Nos. 395, 395-1, 395-2, 395-3, 395-4 (S.D.N.Y. July 27, 2024) (redacting medical information pursuant to Rule 9.A of the District Court's Individual Rules and Practices).

3. To comply with the District Court's rulings, Rangott respectfully requests that the Court grant him leave to file his principal brief under seal. Pursuant to Local Rule 25.1(j)(2). To comply with the filing deadline for his brief, Rangott will file a public version of the brief redacting the references to sealed information from the record below pending the Court's ruling on this motion to seal.

4. I have conferred counsel for the government, who informed me that the government does not oppose this motion and does not intend to file a response.

5. For the foregoing reasons, Rangott respectfully requests that this Court grant his motion to file his principal brief under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. § 1746.

Executed: New York, New York
October 21, 2025

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

/s/ *Brian A. Jacobs*

Brian A. Jacobs
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
(212) 856-9600
bjacobs@maglaw.com

*Attorney for Defendant-Appellant Arie Rangott*