# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand twenty-six.

Before: Steven J. Menashi,
*Circuit Judge.*

---

United States of America,

Appellee,

v.

Arie Rangott,

Defendant - Appellant.

---

**ORDER**

Docket No. 25-772

Appellant moves for leave to file the reply brief under seal with a redacted version to be filed on the public docket.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court